UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Avazian, Gevorg A070917333,<br><br>    Plaintiff,<br><br>  v.<br><br>Rand BEERS, Acting Secretary of Department of Homeland Security; Alejandro MAYORKAS, Director, U.S. Citizenship and Immigration Services; Mari-Carmen JORDAN, Director, U.S. Citizenship and Immigration Services Sacramento Office; and Michael C. BIGGS, Field Officer Director, USCIS, Sacramento Office,<br><br>    Defendants. | No. 2:13-cv-02589-GEB-AC<br><br>**ORDER IMPOSING MONETARY SANCTIONS** |

     An Order to Show Cause ("OSC") filed February 27, 2014, directed Plaintiff to explain in a writing to be filed no later than March 7, 2014, why sanctions should not be imposed against him and/or his counsel for the failure to file a timely status report. (OSC, ECF No. 4.) No response to the OSC has been filed.

     Since Plaintiff's counsel failed to respond to the OSC and failed to file a timely status report without justification, Douglas M. Lehrman, Esq., is sanctioned five hundred dollars

1

($500.00). This sanction shall be paid to the Clerk of this Court no later than 4:00 p.m. on March 28, 2014, by a check made payable to the "United States Treasury." Proof of payment shall be filed within five (5) days of payment. This sanction is personal to counsel and shall not be transmitted to counsel's clients.

IT IS SO ORDERED.

Dated:  March 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2