BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

FILED

MAY 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GEVORG AVAZIAN,

    Plaintiff,

v.

RAND BEERS, et al.,

    Defendants.

Case No.: 2:13-cv-2589 GEB AC

**JOINT STIPULATION AND [PROPOSED] ORDER RE: ABEYANCE**

This is an immigration case in which plaintiff has challenged the alleged delay in the adjudication of his administrative appeal of the denial of his naturalization application by U.S. Citizenship and Immigration Services (CIS). CIS denied the administrative appeal on April 28, 2014; the mandamus portion of the lawsuit is moot.

Jurisdiction is available under 8 U.S.C. § 1421(c) to challenge the merits of the denial of Plaintiff's application. However, Plaintiff has recently been referred into removal proceedings. This Court's jurisdiction to consider the merits of the naturalization application is limited now that Plaintiff has been referred into proceedings. *See De Lara Bellajaro v. Schiltgen*, 378 F.3d 1042, 1043, 44 (9th Cir. 2004).

1

Accordingly, the parties now stipulate to hold this matter in abeyance pending resolution of the removal proceedings. The parties agree to file a status report on May 25, 2015. The parties request that the status conference, currently set for June 9, 2014, be reset to sometime after May 25, 2015.

Dated: May 15, 2014

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney

s/ Douglas Lehrman
DOUGLAS LEHRMAN
Attorney for the Plaintiff

[PROPOSED] ORDER

For the foregoing reasons, the case is held in abeyance. The parties shall submit a status report on May 25, 2015.

_____
UNITED STATES DISTRICT JUDGE