BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORG AVAZIAN, | ) |
| | ) Case No.: 2:13-cv-2589 GEB AC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RAND BEERS, et al., | ) **JOINT STIPULATION AND** |
| | ) **[PROPOSED] ORDER RE: ABEYANCE** |
| Defendants. | ) |
| | ) |
| | ) |

   This is an immigration case currently held in abeyance, as plaintiff has been placed into removal proceedings, and the removal proceedings take precedence over plaintiff's naturalization application. Plaintiff's next hearing date in immigration court is scheduled for March 3, 2016. Accordingly, the parties agree to extend the time for filing the status report to May 25, 2016. The parties request that the status conference, currently set for June 22, 2015, be reset to sometime after May 25, 2016. The pretrial scheduling conference is rescheduled for June 27, 2016, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

Dated: May 21, 2015                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       s/ Audrey B. Hemesath
                                       AUDREY B. HEMESATH
                                       Assistant United States Attorney

                                       s/ Douglas Lehrman
                                       DOUGLAS LEHRMAN
                                       Attorney for the Plaintiff

[PROPOSED] ORDER

For the foregoing reasons, the case remains held in abeyance. The parties shall submit a status report on May 25, 2016.

Dated: May 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge