Douglas Lehrman
Attorney for Respondent
Law Offices of Douglas Lehrman
2400 22nd Street, #110
Sacramento, CA 95818
Telephone: (916) 442-5900
Email: dmlmail@sbcglobal.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COUNT
EASTERN DISTRICT OF CALIFORNIA

_____
                                    )
GEVORG AIVAZIAN,                    )
                                    )    Case No.: 2:13-cv-2589-KJM-AC
           Plaintiff                )
                                    )
     v.                             )
                                    )
RAND BEERS, et al.,                 )
                                    )    **JOINT STIPULATION AND**
           Defendants               )    **ORDER RE: ABEYANCE**
_____)

      This is an immigration case currently held in abeyance, as plaintiff has been placed into removal proceedings, and the removal proceedings take precedence over plaintiff's naturalization application. Plaintiff's next hearing date in immigration court is scheduled for June 30, 2017. Accordingly, the parties agree to extend the time for filing the status report to August 30, 2017. The parties request that the status conference, currently set for June 22, 2016, be reset to sometime after August 30, 2017. A joint status report shall be filed fourteen days prior to the hearing.

Dated: May 17, 2016            Respectfully submitted:


                               /s/ Douglas Lehrman
                               Douglas Lehrman
                               Attorney at Law

1

Benjamin B. Wagner
United States Attorney


<u>/s/ Audrey B. Hemesath (as authorized on May 17, 2016)</u>
Audrey B. Hemesath
Assistant United States Attorney

ORDER

Pursuant to the parties' stipulation (ECF No. 18) and good cause appearing, the court ORDERS that the case remains held in abeyance.  The court SETS an Initial Status (Pretrial Scheduling) Conference for September 14, 2017 at 2:30 PM in Courtroom 3 before District Judge Kimberly J. Mueller, with a joint status report due by September 7, 2017.

IT IS SO ORDERED.

DATED:  June 7, 2016

_____
UNITED STATES DISTRICT JUDGE