1 | Douglas Lehrman
2 | Attorney for Respondent
  | Law Offices of Douglas Lehrman
3 | 2400 22nd Street, #110
  | Sacramento, CA 95818
4 | Telephone: (916) 442-5900
  | Email: dmlmail@sbcglobal.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COUNT
EASTERN DISTRICT OF CALIFORNIA

_____
                                   )
GEVORG AVAZIAN,                    )
                                   )   Case No.: 2:13-cv-2589-KJM-AC
            Plaintiff              )
                                   )
      v.                           )
                                   )
RAND BEERS, et al.,                )
                                   )   **JOINT STIPULATION AND [PROPOSED]**
            Defendants             )   **ORDER RE: ABEYANCE**
_____)

This is an immigration case currently held in abeyance, as plaintiff has been placed into removal proceedings, and the removal proceedings take precedence over plaintiff's naturalization application. The joint status report is currently due on October 23, 2017, however the Plaintiff's next hearing date in immigration court is not until August 24, 2018. Accordingly, the parties agree to extended the time for filing the joint status report and request the deadline be extended until after the Immigration hearing takes place. The

Dated: August 25, 2017                    Respectfully submitted:

1

                /s/ Douglas Lehrman
                Douglas Lehrman
                Attorney at Law


                Benjamin B. Wagner
                United States Attorney


                /s/ Audrey B. Hemesath (as authorized on August 25, 2017)
                Audrey B. Hemesath
                Assistant United States Attorney

## ORDER

For the foregoing reasons, the case remains held in abeyance. The parties shall submit a status report on September 11, 2018.

Dated: September 11, 2017.

                _____
                UNITED STATES DISTRICT JUDGE