Douglas Lehrman
Attorney for Respondent
Law Offices of Douglas Lehrman
2400 22nd Street, #110
Sacramento, CA 95818
Telephone: (916) 442-5900
Email: dmlmail@sbcglobal.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COUNT
EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GEVORG AIVAZIAN, | )<br>)<br>) Case No.: 2:13-cv-2589-KJM-AC<br>) |
| Plaintiff | ) |
| v. | )<br>) |
| RAND BEERS, et al., | )<br>) **JOINT STIPULATION AND** |
| Defendants | ) **ORDER RE: ABEYANCE**<br>) |

This is an immigration case currently held in abeyance, as plaintiff has been placed into removal proceedings, and the removal proceedings take precedence over plaintiff's naturalization application. The joint status report is currently due on September 11, 2018, however the Plaintiff's next hearing date in immigration court has been rescheduled to May 21, 2020. Accordingly, the parties agree to extended the time for filing the joint status report and request the deadline be extended until after the Immigration hearing takes place.

Dated: April 16, 2018            Respectfully submitted:


                                 /s/ Douglas Lehrman
                                 Douglas Lehrman
                                 Attorney at Law

1

Benjamin B. Wagner
United States Attorney


/s/ Audrey B. Hemesath (as authorized on April 16, 2018)
Audrey B. Hemesath
Assistant United States Attorney

ORDER

For the foregoing reasons, the case remains held in abeyance. The parties shall submit a status report on June 14, 2020.

DATED: April 19, 2018.

_____
UNITED STATES DISTRICT JUDGE