UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORG AVAZIAN, | No. 2:13-cv-2589 KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| RAND BEERS, et al., | |
| Defendants. | |

The parties jointly request (ECF No. 27) to extend the time for filing the status report to February 20, 2021. This is an immigration case currently held in abeyance, as plaintiff has been placed into removal proceedings, and the removal proceedings take precedence over plaintiff's naturalization application. Plaintiff's May 21, 2020 immigration court date was taken off the calendar due to the COVID-19 pandemic. Moreover, counsel for plaintiff expects to receive a new date at the end of the year. For all of the foregoing reasons, the extension request is GRANTED.

IT IS SO ORDERED.

DATED: May 18, 2020.

CHIEF UNITED STATES DISTRICT JUDGE

1